UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALMA HERNANDEZ, a single individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WARREN RESORT HOTELS OF SPOKANE VALLEY, INC., d/b/a COMFORT INN & SUITES, a Washington corporation,<br><br>　　　　　　Defendant. | NO: 2:16-CV-200-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Before the Court is the parties' Stipulation of Dismissal with Prejudice, ECF No. 12. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 12**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER ~ 1

1 | The District Court Clerk is directed to enter this Order, provide copies to
2 | counsel, and **close this case**.
3 |     **DATED** December 29, 2016.

                                      *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                   United States District Judge